**Order entered March 23, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01250-CR

### LONNIE BERNARD JONES JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70555-W**

## ORDER

The reporter's record was due January 31, 2020. By postcard dated February 4, 2020, we notified official court reporter Darline King that the reporter's record was overdue and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record by March 5, 2020. See TEX. R. APP. P. 35.3(b) (official reporter responsible for ensuring timely filed reporter's

record). To date, the reporter's record has not been filed and we have had no communication from Ms. King.

We **ORDER** court reporter Darline King file the complete reporter's record in this appeal by **April 20, 2020**. We caution Ms. King that the failure to file the reporter's record by that date may result in the Court taking whatever action it deems appropriate to ensure that this appeal proceeds in a more timely fashion, which may include ordering that she not sit as a court reporter until the record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Darline King, court reporter, 363rd Judicial District Court; and to counsel for all parties.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE